UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF




FILED

JUN 1 7 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN W. COLEMAN,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>THOMAS J. RIDGE, Secretary,<br>Department of Homeland Security,<br><br>  Defendant - Appellee. | No. 05-16040<br>D.C. No. CV-05-00431-EMC<br><br><br>**ORDER** |

This appeal has been taken in good faith   [ ]

This appeal is not taken in good faith     [✓]

Explanation: WHILE THE COURT SEES NO MERIT IN THE TITLE VII CLAIM, THE CSRA CLAIM IS NOT FRIVOLOUS. SEE COPPEDGE v. UNITED STATES, 369 U.S. 438, 444-45 (1962).

_____
Magistrate Judge
United States District Court

Date: JUNE 17, 2005

EDWARD M. CHEN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John W. Coleman,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Thomas J. Ridge, etc.,<br><br>　　　　Defendant.<br>_____/ | Case Number: CV05-00431 EMC<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 17, 2005, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

John W. Coleman
2012 Cambridge Drive
Alameda, CA 94501

Dated: June 17, 2005

　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk
　　　　　　　　　　　　　　　　　　By: Betty Fong, Deputy Clerk